JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| RAMON MCNEAL, an individual,<br><br>  Plaintiff,<br><br>  v.<br><br>WILSHIRE RE VENTURE LLC, a California Liability Company; and DOES 1-10,<br><br>  Defendants. | Case No.: CV 20-7853-DMG (AFMx)<br><br>**ORDER FOR DISMISSAL OF ACTION WITH PREJUDICE [60]** |

    Pursuant to Fed. R. Civ. P. 41(a) and the parties' stipulation [Doc. # 60], and good cause appearing,

    **IT IS HEREBY ORDERED** that Plaintiff Ramon McNeal's action against Defendant Wilshire re Venture LLC is dismissed with prejudice.  Each party shall bear its own fees and costs.  All scheduled dates and deadlines are VACATED.

DATED: September 28, 2021

                                       _____
                                       DOLLY M. GEE
                                       UNITED STATES DISTRICT JUDGE